IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -5 AM 10: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| ERIC D. WALLACE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CR. NO. 02-2704-Ma |
| | ) | |
| SGT. KENNETH BOYD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

## ORDER DIRECTING CLERK TO ISSUE WRIT OF HABEAS CORPUS

---

This matter is set for a pretrial conference on Friday, August 26, 2005 at 9:00 a.m. and for a jury trial beginning on Monday, September 26, 2005 at 9:30 a.m. The plaintiff, Eric D. Wallace, #167693, is confined as a prisoner at Northwest Correctional Complex, Site 2 Annex, Tiptonville, Tennessee. It is necessary to have Eric D. Wallace appear in this court for the pretrial conference and the jury trial.

IT IS THEREFORE ORDERED that the Clerk of Court issue a writ of habeas corpus ad testificandum to the United States Marshal for the Western District of Tennessee, and to the Warden, Northwest Correctional Complex, Tiptonville, Tennessee, to have said Eric D. Wallace before this court.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August ____4____, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___8-9-05___

86

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:02-CV-02704 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Eric D. Wallace
NWCX Site 2 Annex
960 State Rt  212
Tiptonville, TN 38079

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Samuel Mays
US DISTRICT COURT