IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ERIC D. WALLACE,

    Plaintiff,

VS.                                NO. 02-2704-Ma

DONAL CAMPBELL, ET AL.,

    Defendants.

ORDER DENYING MOTION TO CONTINUE AS MOOT

Before the court is plaintiff's September 8, 2004, motion to reset the pretrial conference and trial dates in this matter. The court entered an order amending the schedule in this case on February 9, 2005 (D.E. No. 74), which amended the schedule, including the pretrial and trial dates. The motion to continue is moot and is, therefore, denied.

It is so ORDERED this 31st day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:02-CV-02704 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Eric D. Wallace
NWCX Site 2 Annex
960 State Rt  212
Tiptonville, TN 38079

Honorable Samuel Mays
US DISTRICT COURT