IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -2 PM 1:52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ERIC D. WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CR. NO. 02-2704-Ma |
| ) | |
| SGT. KENNETH BOYD, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER DIRECTING CLERK TO ISSUE WRIT OF HABEAS CORPUS**

This matter is set for a status conference on <u>Monday, December 12, 2005 at 1:30 p.m.</u> The plaintiff, Eric D. Wallace, #167693, is confined as a prisoner at Whiteville Correctional Facility, Whiteville, Tennessee. It is necessary to have Eric D. Wallace appear in this court for the status conference.

**IT IS THEREFORE ORDERED** that the Clerk of Court issue a writ of habeas corpus ad testificandum to the United States Marshal for the Western District of Tennessee, and to the Warden, Whiteville Correctional Facility, Whiteville, Tennessee, to have said Eric D. Wallace before this court.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 2, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-7-05

104

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 2:02-CV-02704 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Eric D. Wallace
P.O. Box-679
W.C.F.A.
Whiteville, TN 38075

Honorable Samuel Mays
US DISTRICT COURT