IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 19  PM 3: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ERIC D. WALLACE,

    Plaintiff,

VS.

SGT. KENNETH BOYD, ET AL.,

    Defendants.

NO. 02-2704-Ma

---

ORDER AMENDING SCHEDULE

---

The court held a status conference in this matter on December 12, 2005.  Participating *pro se* was plaintiff Eric Wallace.  Participating on behalf of the defendants was Bradley Flippin.   For good cause, the court amended the schedule as follows:

1.   The deadline for completing discovery is April 14, 2006.

2.   The deadline for filing potentially dispositive motions is May 15, 2006.

3.   The parties shall submit an amended joint proposed pretrial order by 5:00 p.m. on August 7, 2006.

4.   A pretrial conference will be held on Monday, August 14, 2006, at 9:00 a.m.

5.   The jury trial is **reset** to Monday, August 21, 2006, at 9:30 a.m. and is expected to take 2 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this _19th_ day of December, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 109 in case 2:02-CV-02704 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Eric D. Wallace
P.O. Box-679
W.C.F.A.
Whiteville, TN 38075

Bradley W. Flippin
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Honorable Samuel Mays
US DISTRICT COURT